**Petition for Writ of Habeas Corpus Dismissed and Memorandum Opinion filed January 4, 2024.**



In The

# Fourteenth Court of Appeals

### NO. 14-23-00703-CR

### IN RE ANDREW BURKE, Relator

**ORIGINAL PROCEEDING**
**WRIT OF HABEAS CORPUS**
**458th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 22-DCR-099866**

## MEMORANDUM OPINION

On September 22, 2023, relator Andrew Burke filed a petition for writ of habeas corpus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. Relator seeks a new trial.[1]

---

[1] Relator's direct appeal of the underlying conviction is pending before this Court in No. 23-00712-CR.

The courts of appeal have no original habeas-corpus jurisdiction in criminal matters. *In re Ayers*, 515 S.W.3d 356, 356–57 (Tex. App.—Houston [14th Dist.] 2016, orig. proceeding) (citing Tex. Gov't Code Ann. § 22.221(d)). Original jurisdiction to grant a writ of habeas corpus in a criminal case is vested in the Texas Court of Criminal Appeals, the district courts, the county courts, or a judge in those courts. *Id.* (citing Tex. Code Crim. Proc. Ann. art 11.05).

Accordingly, relator's petition is dismissed for lack of jurisdiction.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Zimmerer and Poissant.
Do Not Publish — Tex. R. App. P. 47.2(b).